1014

[No. 73398-2-I.   Division One.   July 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRIS ROBERT MORTENSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-08716-4, Tanya Thorp, J., entered March 20, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Schindler, JJ.

[No. 73402-4-I.   Division One.   July 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DENISE RENEE RUD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-13142-7, Douglass A. North, J., entered April 20, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, C.J., and Schindler, J.

[No. 73449-1-I.   Division One.   July 25, 2016.]

JOHN ARCHER, *as Guardian, Appellant*, v. MARYSVILLE SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-2-04738-8, Bruce I. Weiss, J., entered April 15, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Spearman, JJ.

[No. 73532-2-I.   Division One.   July 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LAVONDA SUE BECK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-04552-9, Laura Gene Middaugh, J., entered May 27, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, C.J., and Trickey, J.